# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tatiana M. Vee                              Docket No. 5:10-MJ-1135-1

## Petition for Action on Probation

COMES NOW Van R. Freeman, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tatiana M. Vee, who, upon an earlier plea of guilty to 18 U.S.C. § 641, Larceny of Government Property, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on March 8, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is in arrears on her payments toward her monetary obligations. She owes a $25.00 special assessment, a $100.00 fine, and $1000.00 in restitution. She has made no payments in the seven months she has been on supervision. The defendant reports she has been unable to make payments because of her long term unemployment. She recently obtained a job and has been instructed to make payments toward her balance.

The defendant also reports difficulties in dealing with stress and issues at her home. She has been in substance abuse treatment; however, we would recommend that her conditions be modified to afford her the opportunity to see a clinical mental health therapist. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Tatiana M. Vee
Docket No. 5:10-MJ-1135-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Van R. Freeman, Jr.<br>Van R. Freeman, Jr.<br>Senior U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: October 11, 2011 |

### ORDER OF COURT

Considered and ordered this  12th  day of  October , 2011, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
United States Magistrate Judge